IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS JAMES MOORE,

      Petitioner,

v.

WALMART STORES, INC. AND
DEREK PLOUCHER,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-671

Opinion filed July 12, 2017.

Petition for Writ of Certiorari.

Dennis James Moore, pro se, Petitioner.

Sarah A Foster of Quintairos, Prieto, Wood & Boyer, P.A., Jacksonville, for
Respondents.

PER CURIAM.

      DISMISSED.

RAY, BILBREY, and KELSEY, JJ., CONCUR.